**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

DJM
F. #2025R00171

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2026

By ECF and E-mail

The Honorable Marcia M. Henry
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Ousmane Diallo, et al.
Criminal Docket No. 26-311 (RPK)

Dear Judge Henry:

The government respectfully moves for an order unsealing the above-captioned matter in its entirety.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Irisa Chen
Megan Larkin
Daniel J. Marcus
Assistant U.S. Attorneys
(718) 254-7000

Enclosure

cc: Clerk of the Court (RPK) (by ECF)
Counsel of Record (by ECF)